OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 13, 2005

**Edmond D. Johnson**
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

**Kevin R. Shannon**
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951

RE:   Associated/ACC International Ltd v. DuPont Flooring Systems Franchise Company, Inc.
      CA 99-803 JJF

Dear Counsel:

The Clerk's Office is currently in the process of preparing the above case for subsequent transfer to the National Archives and Records Center. Pursuant to the enclosed Order of the Court, *we would like counsel to claim the sealed documents mentioned in the Order by the 27th of July, 2005.* Please identify only sealed documents that you filed by docket item number. Documents in question have been identified on the provided docket sheet.

*If counsel does not claim the documents by the above date*, the Clerk will **unseal** any sealed documents and send them to the Records Center in accordance with the Order.

Please contact John Palumbo at 573-6170 to arrange for claiming documents. We will prepare the documents for your retrieval and contact you when they are ready for pick-up.

Sincerely,
Peter T. Dalleo, Clerk of Court

By: _____
Deputy Clerk

Enc.

## **Redacted Version of Docket Sheet**

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:99-cv-00803-JJF
## Internal Use Only

Associated/ACC Intl v. DuPont Flooring Sys, et al  
Assigned to: Honorable Joseph J. Farnan, Jr.  
Demand: $68000000  
Cause: 28:1332 Diversity-Breach of Contract  

Date Filed: 11/23/1999  
Jury Demand: Plaintiff  
Nature of Suit: 190 Contract: Other  
Jurisdiction: Diversity  

**Plaintiff**

**Associated/ACC International Ltd**   represented by **Edmond D. Johnson**
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000
Email: bankserve@bayardfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**DuPont Flooring Systems Franchise Company, Inc.**   represented by **Kevin R. Shannon**
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
Email: kshannon@potteranderson.com
*LEAD ATTORNEY*

                    *ATTORNEY TO BE NOTICED*

**Defendant**

**DuPont Commercial Flooring Systems Inc.**      represented by **Kevin R. Shannon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**DuPont Flooring Systems, Inc.**      represented by **Kevin R. Shannon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**DuPont Flooring Systems Franchise Company, Inc.**      represented by **Kevin R. Shannon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**DuPont Commercial Flooring Systems Inc.**      represented by **Kevin R. Shannon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**DuPont Flooring Systems, Inc.**      represented by **Kevin R. Shannon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Associated/ACC International Ltd**     represented by **Edmond D. Johnson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/15/2000 | 71 | OPPOSITION Filed by DuPont Flooring Sys, DuPont Commercial, DuPont Flooring [64-1] motion for Confidential Treatment - Reply Brief due 11/22/00 (SEALED) (sm) (Entered: 11/27/2000) |
| 02/01/2001 | 92 | Appendix to Brief (Volume I of II) Filed by DuPont Flooring Sys, DuPont Commercial, DuPont Flooring Appending [90-1] opening brief (SEALED) (sm) (Entered: 02/07/2001) |
| 02/01/2001 | 93 | Appendix to Brief (Volume II of II) Filed by DuPont Flooring Sys, DuPont Commercial, DuPont Flooring Appending [90-1] opening brief (SEALED) (sm) (Entered: 02/07/2001) |
| 02/27/2001 | 99 | REPLY BRIEF Filed by DuPont Flooring Sys, DuPont Commercial, DuPont Flooring [89-1] motion for Summary Judgment (SEALED) (sm) (Entered: 03/01/2001) |
| 07/19/2002 | 117 | MOTION by DuPont Flooring Sys, DuPont Commercial, DuPont Flooring Entry of Final Order and Judgment and Award of for Attorney Fees and Costs Answer Brief due 8/2/02 re: [117-1] motion. (SEALED). (rwc) (Entered: 07/22/2002) |