OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

8/5/05

Kevin R. Shannon
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951

RE:   **Associated/ACC International v. DuPont Flooring Systems, et al**
      CA 99-803 JJF

Dear Counsel:

Pursuant to the Order entered on 7/7/05 by the Honorable Joseph J. Farnan, Jr., the following documents are herewith being returned to you:

ITEMS:    71, 92, 93, 99, 117.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _Beth Dune_

I hereby acknowledge receipt of the above mentioned documents
on __8/5/05__

_____ (PANTELUS)
Signature